1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN WASHINGTON OF WASHINGTON
AT SEATTLE

TYREE BELLINGER,

        Plaintiff,

    vs.

LAW OFFICES OF NIELSEN, BROMAN
AND KOCH, P.L.L.C., et al.,

        Defendant(s).

CASE NO.    C06-1110-JCC-MJB

ORDER DENYING APPLICATION
TO PROCEED IN FORMA
PAUPERIS AND DISMISSING
CASE

      The application by plaintiff for leave to proceed in forma pauperis was incomplete or defective as set forth in the memorandum from the clerk to plaintiff on 8/8/2006.  The clerk advised plaintiff that failure to correct the deficiency or pay the filing fee on or before 9/7/2006 could result in dismissal of the case.  Plaintiff has neither paid the filing fee nor adequately supplemented the application to proceed in forma pauperis.

      It is therefore ORDERED:

      (1)    The application to proceed in forma pauperis is DENIED;

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS AND
DISMISSING CASE - C06-1110-JCC-MJB     1

1    (2)     The case is DISMISSED;

2    (3)     The clerk is directed to send copies of this Order to plaintiff and to Magistrate Judge

3            Monica J. Benton.

4

5

6

7

8    Dated this 25th day of September, 2006.

9

10

11

12                                                    John C. Coughenour
                                                      United States District Judge
13

14

15   Recommended for entry this

16   14th day of September, 2006.

17

18

     /s/Monica J. Benton
19   Monica J. Benton
     United States Magistrate Judge
20

21

22

23

24

25

26

27   ORDER DENYING APPLICATION TO
     PROCEED IN FORMA PAUPERIS AND
28   DISMISSING CASE - C06-1110-JCC-MJB        2